**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): _____ Chapter 11

21-55048

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
9:19 AM
JUL - 6 2021
By: _____
Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | Fielding and Xix Flamingo Holdings LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 81-3467447 | |
| 4. Debtor's address | **Principal place of business**<br><br>884 Murphy Ave SW<br>Number    Street<br>Atlanta, GA<br>Atlanta    GA    30310<br>City    State    ZIP Code<br><br>Fulton<br>County | **Mailing address, if different from principal place of business**<br><br>741 Brookline St SW<br>Number    Street<br><br>P.O. Box<br><br>Atlanta    GA    30310<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | www.four-22.com | |

Debtor  Fielding ? Xix Anmirp Holdings LLC    Case number (if known) _____
       Name

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ ~~None~~ of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor **Fielding and Xix Fleming Holdings LLC**    Case number (if known) _____
     Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No
    ☐ Yes.  District _____ When __/__/____ Case number _____
    
    If more than 2 cases, attach a separate list.
    
    District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
    District _____ When __/__/____
    
    List all cases. If more than 1, attach a separate list.
    
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:
    
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (Check all that apply.)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    Where is the property? **2770 Benjamin E. Mays Dr. SW**
         Number    Street
    
    **Atlanta** _____ **GA** **30311**
    City                      State ZIP Code
    
    **Is the property insured?**
    
    ☐ No
    ☒ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor  Fielding & Xix Flamingo Holdings LLC                    Case number (if known)_____

| | |
|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2021
              MM / DD / YYYY

X _____        Derrick Duckworth
Signature of authorized representative of debtor    Printed name

Title  President

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Debtor  Fielding and Xix Flamingo Holdings LLC     Case number (if known) _____
         Name

**18. Signature of attorney**

✗ ___[signature]_____     Date  07/06/2021
Signature of attorney for debtor                  MM / DD / YYYY

Derick Duckworth
Printed name

Fielding & Xix Flamingo Holdings LLC
Firm name

741 Brookline St SW
Number    Street

Atlanta,                              GA        80310
City                                  State    ZIP Code

770-354-1505                          derrick@livealongthebelthwy.com
Contact phone                         Email address


_____  _____
Bar number                            State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

# LIST OF CREDITORS

| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |
|---|---|
| Civic Financial Services LLC | 2015 Manhattan Beach Blvd<br>Redondo Beach, CA. 90278 |
| | |
| | |
| | |
| | |
| | |
| | |

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01265093 (AM) OF 07/06/2021


ITEM  CODE  CASE            QUANTITY                      AMOUNT    BY

  1   11IN  21-55048           1                          $ 0.00   Currency
            Judge  - unknown at time of receipt
            Debtor - FIELDING AND XIX FLAMINGO HOLDINGS LLC


TOTAL:                                                    $ 0.00


FROM: Fielding and Xix Flamingo Holdings LLC
      741 Brookliur St SW
      Atlanta, GA 30310
```

| Case Number: 21-55048 | Name: Fielding and Xix Flamingo Holdings, LLC | Chapter: 11 |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. If you would like to have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

☐ Individual - Series 100 Forms                    ☒ Non-Individual - Series 200 Forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (**due within 7 days**, signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN **(due within 7 days)**

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B  D E/ F  G  H
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures *(local form)*
☒ Corporate Resolution (*Business Ch. 7 & 11*)

**Ch.11 Business**
☒ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☒ Small Business - Balance Sheet
☒ Small Business - Statement of Operations
☒ Small Business - Cash Flow Statement
☒ Small Business - Federal Tax Returns

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch. 7 (*Individuals only*)

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address    ☐ County
☐ Type of Debtor
☐ Chapter
☐ Nature of Debts
☐ Statistical Estimates
☐ Venue
☐ Attorney Bar Number

**Case filed via:**
☒ Intake Counter by:
  ☐ Attorney
  ☐ Debtor - verified ID
  ☒ Other - copy of ID: President: Errick Duckworth

☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other: _____
☐ Email [Pursuant to General Order 40-2020, this petition was received for filing via email]

**History of Case Association**
Prior cases within 2 years: none

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov. If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

**FILING FEE INFORMATION** - if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:
**Online Payment for Filing Fee**  https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
  ☐ Paid $___0___ ☐
  ☒ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee of **$1,738.**

You may mail documents and filing fee payments (**no personal checks accepted - cashier's check or money orders only**) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
**\*\*Failure to Comply may result in the dismissal of your case.\*\***
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000

| Intake Clerk: A.Mezon | Date: 7/6/21 | Case Opener: | Date: |
|---|---|---|---|